# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

QUINELLA CECILIA LEE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER: 3:04-cr-208-J-32TEM
USM NUMBER: 30845-018

**THE DEFENDANT:**                               Defendant's Attorney: Maurice C. Grant, II

__X__ admitted guilt to violation of charge numbers **One, Two and Three (1, 2, & 3)** of the term of supervision.

\_\_ was found in violation of charge number(s)\_\_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for cocaine on February 16, 2008, in violation of Condition Seven (7) of the Standard Conditions of Supervision | February 16, 2008 |
| 2 | Positive urinalysis for cocaine on February 22, 2008, in violation of Condition Seven (7) of the Standard Conditions of Supervision | February 22, 2008 |
| 3 | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | March 3, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

\_\_ The defendant has not violated charge number(s)\_\_ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: **June 17, 2008**

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: June 21, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:   QUINELLA CECILIA LEE | Judgment - Page 2 of 3 |
| Case No.:   3:04-cr-208-J-32TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOUR (4) MONTHS**

_____  The Court makes the following recommendations to the Bureau of Prisons:

__X__  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.    p.m.    on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before 2 p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL